1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   RITA E. TAUTKUS (State Bar No. 162090)
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: djjohnson@morganlewis.com
5  E-mail: rtautkus@morganlewis.com

6  LORRAINE M. CASTO (State Bar No. 238154)
   MORGAN, LEWIS & BOCKIUS LLP
7  2 Palo Alto Square
   3000 El Camino Real, Suite 700
8  Palo Alto, CA 94306-2122
   Tel: 650.843.4000
9  Fax: 650.843.4001

10 Attorneys for Plaintiffs
   ARK Diagnostics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ARK DIAGNOSTICS, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THERMO FISHER SCIENTIFIC INC., a Delaware corporation; and SERADYN INC., a Delaware corporation, <br><br> Defendants. | Case No. 09-3132 PJH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER |

The undersigned hereby stipulate pursuant to the terms of their settlement agreement that the instant action, Case No. 09-3132 PJH, is hereby dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

SO STIPULATED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364841.1     1     STIPULATION OF DISMISSAL WITH PREJUDICE
                         CASE NO.: 09-3132 PJH

| | | |
|---|---|---|
| 1 | Dated: November 5, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Daniel Johnson, Jr.<br>Attorneys for Plaintiffs |
| 5 | | ARK DIAGNOSTICS, INC. |
| 6 | Dated: November 3, 2009 | |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Denise Riemann<br>Attorneys for Defendants |
| 10 | | THERMO FISHER SCIENTIFIC INC. and<br>SERADYN INC. |

11/17/09

**IT IS SO ORDERED**

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21364841.1

2

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 09-3132 PJH